**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

IN RE:                                                                                          CASE NO.: 17-11473-JNP
                                                                                                CHAPTER 13

WILLIS, LARRY,
    Debtor.
_____/

**REQUEST FOR SERVICE OF NOTICES**

PLEASE TAKE NOTICE THAT, on behalf of NATIONSTAR MORTGAGE LLC ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, PL**
**ATTN: BANKRUPTCY DEPT.**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

RAS Citron, LLC
Authorized Agent for Secured Creditor
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886
By: /s/Laura Egerman
Laura Egerman, Esquire
Email: legerman@rasnj.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 20, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

JOSEPH J. ROGERS
WASHINGTON PROFESSIONAL CAMPUS
900 ROUTE 168 SUITE I-4
TURNERSVILLE, NJ  08012

WILLIS, LARRY
565 5TH AVENUE
GLASSBORO, NJ  08028

CHAPTER 13 STANDING TRUSTEE
535 ROUTE 38 - SUITE 580
CHERRY HILL, NJ  08002

ISABEL C. BALBOA
535 ROUTE 38 - SUITE 580
CHERRY HILL, NJ  08002

US DEPT OF JUSTICE
ONE NEWARK CENTER STE 2100
NEWARK, NJ  07102

RAS Citron, LLC
Authorized Agent for Secured Creditor
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886
By: /s/Laura Egerman
Laura Egerman, Esquire
Email: legerman@rasnj.com