UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Hearing Date: _____

Judge: _____

# CERTIFICATION OF CONSENT
# REGARDING CONSENT ORDER

I certify that with respect to the Consent Order _____ submitted to the Court, the following conditions have been met:

(a) The terms of the consent order are identical to those set forth in the original consent order;

(b) The signatures represented by the /s/ _____ on the consent order reference the signatures of consenting parties obtained on the original consent order;

(c) I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding.

(d) I will make the original consent order available for inspection on request of the Court or any party in interest; and

Final paragraph options:

☐ (e) *If submitting the consent order and this certification to the Court conventionally,* I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

☐ (e) *If submitting the consent order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System*, I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011 (sign certification with a /s/_____).

Date: _____        _____
                                                Signature of Attorney

*rev.8/1/15*

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| RAS Citron, LLC<br>Authorized Agent for Secured Creditor<br>130 Clinton Road, Lobby B, Suite 202<br>Fairfield, NJ 07004<br>Telephone: 973-575-0707<br>Facsimile: 973-404-8886<br><br>Laura M. Egerman, Esquire (LE-8250) | CASE NO.: 17-11473-JNP<br><br>CHAPTER 13<br><br>HEARING DATE:<br><br>JUDGE: JERROLD N. POSLUSNY, JR. |
| **In Re:**<br><br>**LARRY B. WILLIS, JR.,**<br><br>**Debtor.** | |

# CERTIFICATION OF SERVICE

1. I, Laura M. Egerman, represent Nationstar Mortgage LLC in this matter.

2. On December 4, 2017, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below: Certification of Consent Regarding Consent Order and Certification of Service.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

DATED: December 4, 2017

                                              RAS Citron, LLC
                                              Authorized Agent for Secured Creditor
                                              130 Clinton Road, Lobby B, Suite 202
                                              Fairfield, NJ 07004
                                              Telephone: 973-575-0707
                                              Facsimile: 973-404-8886

                                              By: /s/ Laura Egerman_____
                                              Laura M. Egerman, Esquire
                                              Bar ID: LE-8250
                                              Email: legerman@rasnj.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Larry B. Willis, Jr.<br>565 5th Avenue<br>Glassboro, NJ 08028 | Debtor | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Nearee F. Willis<br>565 5th Avenue<br>Glassboro, NJ 08028 | Co-Debtor | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Joseph J. Rogers<br>Washington Professional Campus<br>900 Route 168<br>Suite I-4<br>Turnersville, NJ 08012 | Debtor's Attorney | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| U.S. Trustee.<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |