CXE 17-021074
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Chandra M. Arkema - 029552006
Krystin M. Alex - 171402015
Katherine Knowlton Lopez - 013502011
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Rebecca Cirrinicione 031212012
Courtney A. Martin - 098782016
Jeffrey Rappaport - 003431991
ATTORNEYS FOR NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER

| IN RE: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|---|
| LARRY B WILLIS, JR, DEBTOR | CASE NO.: 17-11473-JNP<br>CHAPTER 13 |

NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

To: The Court Clerk of the United States Bankruptcy Court

PLEASE TAKE NOTICE that the undersigned attorney of law appears for the Secured Creditor, Nationstar Mortgage LLC d/b/a Mr. Cooper. Pursuant to the Rules of the Bankruptcy Court R. 2002 and 9010, the undersigned requests all notices given or required to be served in this case, be given to and served upon the undersigned at the office, address and telephone number set forth above.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, Orders and Notice of any applications, notices, petitions, pleadings, complaints, and demands, transmitted or conveyed by mail, delivery, telephone, overnight mail, telex or otherwise, which affect the Debtor(s), estate, or property of the state.

Dated: December 4, 2017

SHAPIRO & DENARDO, LLC

By: *Chandra Arkema*
Chandra M. Arkema, Esquire

S&D File #17-021074