## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2017 to 12/31/2017
**Case Number: 17-11473 (JNP)**

Monthly Payment: $150.00
Payments / Month: 1
Current Trustee Comp.: 7.80%

Larry B. Willis, Jr.
565 5Th Avenue
Glassboro, NJ  08028

### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|
| 02/01/2017 | $150.00 | 03/01/2017 | $150.00 | 04/03/2017 | $150.00 | 04/28/2017 | $150.00 |
| 06/02/2017 | $150.00 | 06/30/2017 | $150.00 | 08/02/2017 | $150.00 | 09/08/2017 | $150.00 |
| 09/22/2017 | $150.00 | 11/03/2017 | $150.00 | 12/04/2017 | $150.00 | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|-----------|------------|-------------|------------------|
| 0 | LARRY B. WILLIS, JR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JOSEPH J. ROGERS, ESQUIRE | 13 | $3,199.00 | $1,490.01 | $1,708.99 | $1,383.00 |
| 1 | ATLANTIC CREDIT & FINANCE | 33 | $6,928.65 | $0.00 | $6,928.65 | $0.00 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $488.96 | $0.00 | $488.96 | $0.00 |
| 3 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | MORGAN BORNSTEIN & MORGAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | NATIONSTAR MORTGAGE, LLC | 24 | $3,840.45 | $0.00 | $3,840.45 | $0.00 |
| 6 | NEAREE F ROBINSON | 15 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | NEW JERSEY SUPPORT SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | ONEMAIN FINANCIAL/CITIFINANCIAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | U.S. TRUSTEE. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | JOSEPH J. ROGERS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | NATIONSTAR MORTGAGE, LLC | 13 | $531.00 | $31.29 | $499.71 | $0.00 |
| 13 | AMERICAN INFOSOURCE, LP | 33 | $131.88 | $0.00 | $131.88 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|------------|------------|---------|
| 02/01/2017 | 60.00 | $150.00 |
| 02/01/2022 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN
WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

Total payments received this period:      $1,650.00

Total paid to creditors this period:      $1,383.00

Undistributed Funds on Hand:      $138.30

Arrearages:      $0.00

Attorney:      JOSEPH J. ROGERS, ESQUIRE

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**