UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph J. Rogers, Esquire (JJR 1185)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964; Fax (856) 228-7965

Order Filed on March 27, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Larry B. Willis Jr.

Case No.: 17-11473 JNP

Chapter: 13

Judge: Jerrold N. Poslusny, Jr

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 27, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Joseph J. Rogers, Esquire_____, the applicant, is allowed a fee of $ ____400____ for services rendered and expenses in the amount of $_____ for a total of $____400____. The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

❏ outside the plan.

The debtor's monthly plan is modified to require a payment of $____159____ per month for __48 more__ months to allow for payment of the aforesaid fee. [***Payments will commence April 1, 2018***]

*Revised 10/3/02*