Printed on: 01/02/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2019 to 12/31/2019  
**Case Number: 17-11473 (JNP)**

Larry B. Willis, Jr.  
565 5Th Avenue  
Glassboro, NJ  08028

Monthly Payment: $159.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/11/2019 | $159.00 | 02/11/2019 | $159.00 | 03/11/2019 | $159.00 | 04/10/2019 | $159.00 |
| 05/06/2019 | $159.00 | 06/28/2019 | $159.00 | 07/12/2019 | $159.00 | 08/26/2019 | $159.00 |
| 09/13/2019 | $159.00 | 10/04/2019 | $159.00 | 11/04/2019 | $159.00 | 12/02/2019 | $159.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | LARRY B. WILLIS, JR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JOSEPH J. ROGERS, ESQUIRE | 13 | $3,199.00 | $3,199.00 | $0.00 | $655.29 |
| 0 | JOSEPH J. ROGERS, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $175.33 |
| 1 | ATLANTIC CREDIT & FINANCE | 33 | $6,928.65 | $0.00 | $6,928.65 | $0.00 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $488.96 | $0.00 | $488.96 | $0.00 |
| 3 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | MORGAN BORNSTEIN & MORGAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | U.S. BANK TRUST, N.A. | 24 | $3,840.45 | $877.18 | $2,963.27 | $730.58 |
| 6 | NEAREE F ROBINSON | 15 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | NEW JERSEY SUPPORT SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | ONEMAIN FINANCIAL GROUP, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | U.S. TRUSTEE. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | JOSEPH J. ROGERS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | U.S. BANK TRUST, N.A. | 13 | $531.00 | $531.00 | $0.00 | $191.61 |
| 13 | AMERICAN INFOSOURCE, LP | 33 | $131.88 | $0.00 | $131.88 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 02/01/2017 | 14.00 | $150.00 |
| 04/01/2018 | 46.00 | $159.00 |
| 02/01/2022 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $1,908.00 |
| Total paid to creditors this period: | $1,752.81 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $159.00 |
| Attorney: | JOSEPH J. ROGERS, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**